U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

AUG - 7 2000

ROBERT H. SHEMWELL, CLERK
BY PAM DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PETER JULE DAHLEN | * | CIVIL ACTION |
| VERSUS | * | NO. CV96-1300-LC |
| GULF CREWS, INC., GULF BOAT MARINE SERVICES, INC., | * | JUDGE TRIMBLE |
| UNIVERSAL OGDEN SERVICES, AND FOREST OIL CORPORATION | * | MAG. JUDGE WILSON |

---

## JUDGMENT

This matter came on for trial on July 31, 2000, before a jury with Judge James T. Trimble, Jr., United States District Judge presiding. In accordance with the jury verdict rendered on August 3, 2000,

**IT IS HEREBY ORDERED, ADJUGED AND DECREED**, that all claims of Peter J. Dahlen against Forest Oil Corporation be and the same are hereby dismissed with prejudice, with all costs to be paid by Plaintiff.

Thus done and signed on this 7th day of August, 2000 at Lake Charles, Louisiana.

James T. Trimble, Jr.
United States District Judge

JUDGMENT ENTERED 8/7/00
BY Patricia Moncourt
COPY Jones
Davis
Hurley
Robinson
McHale
Stiltner
Buttone
Wilton
JTT/RH
JB

335

60663_1.DOC