U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

AUG - 3 2000

ROBERT H. SHEMWELL, CLERK
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PETER JULE DAHLEN | : | DOCKET NO. 96-CV-1300 |
| VS. | : | JUDGE TRIMBLE |
| GULF CREWS, INC. ET AL. | : | MAGISTRATE JUDGE WILSON |

## JURY INTERROGATORIES

1) Do you find from a preponderance of the evidence that defendant Forest Oil Corporation, in its capacity as time charterer of the M/V BILLY JAY, breached its duty to properly route the M/V BILLY JAY and that such breach of duty created an unreasonable risk of foreseeable injury to the plaintiff Peter Dahlen?

YES ______ NO ✓

If the answer to number 1 is "Yes" then proceed to question number 2. If the answer is "No" then stop and sign the form.

2) Do you find from a preponderance of the evidence that defendant Forest Oil Corporation's breach of its duty was a proximate cause of the plaintiff Peter Dahlen's injuries?

YES ______ NO ______

If the answer to number 2 is "Yes" then proceed to question number 3. If the answer is

345

"No" then stop and sign the form.

3) Do you find by a preponderance of the evidence that plaintiff was comparatively negligent and, if so, that this negligence was a proximate cause of his injuries?

YES _______ NO _______

If the answer to number 3 is "Yes" then proceed to question number 4. If the answer is "No" then proceed to question number 5.

4) State the percentage of fault, if any, of each of the following:

| | | |
|---|---|---|
| 1) | Forest Oil Corporation as Time Charterer | _______% |
| 2) | Peter J. Dahlen | _______% |
| TOTAL | Must be | 100 % |

Proceed to question number 5.

5) In each of the following categories, state what amount in dollars, if any, you find will adequately compensate Peter J. Dahlen, for the damages sustained by him.

| | | |
|---|---|---|
| 1) | Past physical and mental pain, suffering, and disability | $ _______ |
| 2) | Future physical and mental pain, suffering, and disability | $ _______ |
| 3) | Past medical expenses | $ _______ |
| 4) | Future medical expenses | $ _______ |
| 5) | Past loss of wages | $ _______ |

6) Future loss of wages and earning capacity $ _______

TOTAL $ _______

NOTE : If you have found comparative fault on the part of plaintiff Peter Dahlen, do not make any deduction from the total amount you award. The court will make the appropriate deduction.

WHEN THE VERDICT FORM HAS BEEN COMPLETED STOP, DATE AND SIGN THE FORM AND RETURN YOUR VERDICT.

**(PLEASE DATE AND SIGN THIS FORM)**

**SO SAY WE ALL**

**August __3__, 2000**

[signature] ______________________

**JURY FOREPERSON**